# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gabriel Castro**<br>DOB: xx-xx-1971; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13-10671 M- |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 14, 2013, at or near Why, in the District of Arizona, **Gabriel Castro**, knowing and in reckless disregard of the fact that an illegal alien, Agustin Martinez-Barajas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 14, 2013, at or near Why, Arizona, a gray F-150, driven by **Gabriel Castro** with a passenger, Agustin Martinez-Barajas, approached a checkpoint located on State Route 85. At secondary inspection, Agustin Martinez-Barajas presented a U.S. Passport Card and an Arizona Driver's License which did not belong to him. Agustin Martinez-Barajas admitted that the document he presented did not belong to him and that he was not a citizen or national of the United States.

After *Miranda* was waived, **Gabriel Castro** stated that he agreed to transport an illegal alien from Lukeville, Arizona to Los Angeles, California in exchange for $1,000.

The material witness, Agustin Martinez-Barajas, stated that he made arrangements to be smuggled into the U.S. illegally and agreed to pay money for the use of fraudulent documents. He stated that he was taken to a residence where he met **Gabriel Castro**. He stated that an individual instructed him on where to meet **Gabriel Castro** after crossing the international boundary fence.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**
Agustin Martinez-Barajas

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA DPF _David P. Sawyer_ | SIGNATURE OF COMPLAINANT<br>_/s/_<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_Jacqueline M. Rateau_ | DATE<br>December 16, 2013 |

1) See Federal rules of Criminal Procedure Rules 3 and 54